**No. 10-7357. Katherine Williams, Petitioner v. John E. Potter, Postmaster General.**

562 U.S. 1253, 131 S. Ct. 1563, 179 L. Ed. 2d 369, 2011 U.S. LEXIS 1198.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1115, 131 S. Ct. 837, 178 L. Ed. 2d 568, 2010 U.S. LEXIS 9797.